## United States District Court
## Violation Notice

CVB Location Code

**26**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F4439262 | D. Classon | 1429 |

F 4439262

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 04-29-2015 1200 | 36 CFR 261.10A |

Place of Offense: District of Colorado Uncompahgre National Forest

Offense Description: 16 USC 551; 36 CFR 261.10A maintaining a structure on National Forest lands without authorization

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| YOHO | Benjamin | N |

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (8/07)

CVB Scan 05/14/2015-13-10:58

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

See Attached

_____

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/29/2015  J. David Classon
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

### Case Number: F4439262
### CVB Location Code: 26

I state that on April 29, 2015 while exercising my duties as a Law Enforcement Officer in the District of Colorado,

I contacted the defendant, Benjamin YOHO, at a campsite located upon lands of the Uncompahgre National Forest. Within the campsite was a wooden shack, built on stilts, due to the steepness of the hillside. I had been at the same location 3 years previous, and the wooden shack was there, but was in much worse condition, notably, there was not a roof. There currently was a roof, made of sheet metal. YOHO told me that he was living in the shack, while "caretaking the mine claim", and that he had personally added the metal roofing.

I served YOHO 3 separate Notices of Violation for this incident on April 29, 2015: F4105325, F4439261 and this one. For the sake of brevity as well as my safety, I asked YOHO to sign only one NOV (F4439261) acknowledging reciept, which he did.

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge

05/15/2015 13:13:29