IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 15-po-00126-DW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BENJAMIN N. YOHO,

        Defendant.

## MOTION TO WITHDRAW

Warren R. Williamson, Assistant Federal Public Defender, hereby moves to withdraw as counsel for Defendant Benjamin Yoho.

Counsel also requests that ECF Notifications to him be discontinued.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Warren R. Williamson
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Rick_Williamson@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2015, I electronically filed the foregoing

**MOTION TO WITHDRAW**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

                                        s/Warren R. Williamson
                                        Assistant Federal Public Defender
                                        633 Seventeenth Street, Suite 1000
                                        Denver, Colorado 80202
                                        Telephone: (303) 294-7002
                                        FAX: (303) 294-1192
                                        Rick_Williamson@fd.org
                                        Attorney for Defendant