IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-po-00 126-DLW

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

    **BENJAMIN N. YOHO,**

       Defendant.

---

### OBJECTION TO GOVERNMENT'S MOTION FOR RESTITUTION

---

    COMES NOW, Benjamin Yoho, by and through counsel, and hereby objects to the government' motion for restitution and states the following :

1.    Federal courts have no inherent power to order restitution, and may only do so as explicitly authorized by statute. *United States v. Gordon,* 480 F.3d 1205, 1210 (10th Cir. 2007).

2.    There are two ways to impose restitution through statute in criminal cases: 1) Through a 18 U.S.C. § 3663 Order of Restitution and 2) As a condition of probation under 18 U.S.C. § 3563(b)(2).

3.    18 U.S.C. § 3663 authorizes restitution, but does not include title 36 C.F.R.s promulgated pursuant to title 16 under which Mr. Yoho was convicted. *See United States v. Ganoe,* 758 F.Supp. 2d 1052, 1071 (E.D. Cal. 2010).

4.      Additionally, 18 U.S.C. § 3663 allows restitution in misdemeanors "in lieu of any other penalty."

5.      18 U.S.C. § 3563(b)(2) allows the court to impose a condition that a defendant "make restitution to a victim of the offense under section 3556." 18 U.S.C. § 3556 orders that the court SHALL order restitution in accordance with 18 U.S.C. § 3663A, and MAY order restitution in accordance with 18 U.S.C. §3663.

6.      18 U.S.C. §3663 does not authorize restitution in this case. 18 U.S.C. §3663A, subsection (c) outlines the crimes that require mandatory restitution. Section 3663A(c)(1)(A) lists specific crimes and titles, none of which implicate the convictions in this case.

7.      18 U.S.C. § 3663A(c)(1)(B) also mandates restitution for any offense "in which an identifiable victim or victims has suffered physical injury or pecuniary loss." The victim in Mr. Yoho's case is the US Forest Service. However, 18 U.S.C. § 3663A(a)(2) defines a victim as "a person directly and proximately harmed as a result....", clearly defining a victim as a person, not an entity like the National Forest Service or the Town of Telluride.

WHEREFORE, Mr. Yoho objects to the Motion for Restitution.

Respectfully submitted this

               s/ Katharine L. Whitney__
               Katharine L. Whitney
               Attorney at Law
               P.O. Box 4118
               Durango, CO 81302
               (970)946-7320
               Fax (970) 375-7648
               KatharineWhitney@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, I electronically filed the foregoing

**OBJECTION TO GOVERNMENT'S MOTION OFR RESTITUTION**

With the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

U.S. Attorney, Dondi Osborne at Dondi.Osborne@usdoj.gov.

s/ Katharine L. Whitney
Katharine L. Whitney
Attorney at Law
P.O. Box 4118
Durango, CO 81302
(970)946-7320
Fax (970) 375-7648
KatharineWhitney@hotmail.com
